UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION



CASE NO. 03-23243-CIV-JORDAN/Magistrate Judge Brown

KING'S JEWELERS,

    Plaintiff

v.

BRYAN WILLIAMS, a/k/a
BIRDMAN, and CASH
MONEY RECORDS, INC.

    Defendants.
_____/

### ORDER GRANTING CMR'S MOTION FOR ENLARGEMENT OF TIME

This cause, having come before the Court on Defendant, Cash Money Records, Inc.'s Motion For Enlargement of Time to Respond to the Complaint, and the Court being fully advised in the premises,

ORDERS AND ADJUDGES that the Motion is GRANTED. The deadline for Cash Money Records, Inc. to submit a response to the Complaint is enlarged up to and including December 22, 2003.

DONE AND ORDERED in Chambers at Miami, Florida this __16th__ day of ___December___, 2003.

                                        _____
                                        United States District Judge

Copies provided:
Charles Fox Miller, Esq.
Hannesson I. Murphy, Esq.
491-1/141724