UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-23243-CIV-JORDAN/Magistrate Judge Brown

KING'S JEWELERS, INC.

    Plaintiff

v.

BRYAN WILLIAMS, a/k/a
BIRDMAN, and CASH
MONEY RECORDS, INC.

    Defendants.
_____/

NIGHT BOX

MAY 18 2004

### CMR'S RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME

Defendant, Cash Money Records, Inc. ("CMR"), submits this Response to Plaintiff's Motion to Extend Time for Service on Co-Defendant Bryan Williams ("Williams").

Plaintiff claims that it has not been able to serve process on Williams and that Williams has evaded service of process. (Doc. #13). CMR expressly denies that Williams has evaded service of process and states that Plaintiff alone is responsible for its failure to timely serve Williams. Nevertheless, CMR does not have an objection to allowing Plaintiff an additional 60 days to serve Williams. That would make the service deadline July 2, 2004.

CLARKE SILVERGLATE CAMPBELL WILLIAMS & MONTGOMERY
A PARTNERSHIP OF PROFESSIONAL CORPORATIONS



CASE NO. 03-23243-CIV-JORDAN/Magistrate Judge Brown

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a true and correct copy of the foregoing was faxed and mailed to Charles Fox Miller, MILLER, SCHWARTZ & MILLER, P.A., 2435 Hollywood Blvd., Hollywood, FL 33020 on May 17, 2004.

Respectfully submitted,

CLARKE SILVERGLATE CAMPBELL
 WILLIAMS & MONTGOMERY
Attorneys for Cash Money Records, Inc.
799 Brickell Plaza, Suite 900
Miami, Florida 33131
Phone: 305/377-0700
Fax: 305/377-3001

By _____
Spencer H. Silverglate
Florida Bar No. 769223
Hannesson I. Murphy
Florida Bar No. 0128589

491-1/150208

2