UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-23243-CIV-JORDAN/Magistrate Judge Brown

KING'S JEWELERS, INC.

    Plaintiff

v.

BRYAN WILLIAMS, a/k/a
BIRDMAN, and CASH
MONEY RECORDS, INC.

    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff, Kings Jewelers, Inc. and Defendants, Cash Money Records, Inc. and Bryan Williams, a/k/a Birdman, by and through their undersigned attorneys, hereby give notice that the parties have reached a tentative agreement to settle this matter. The parties expect to finalize the terms of the settlement shortly and file a Stipulation to Dismiss with Prejudice within the next two weeks.

| | |
|---|---|
| MILLER SCHWARTZ & MILLER P.A. | CLARKE SILVERGLATE CAMPBELL WILLIAMS & MONTGOMERY |
| Attorneys for Kings Jewelers | Attorneys for CMR and Williams |
| 2435 Hollywood Blvd. | 799 Brickell Plaza Suite 900 |
| Hollywood, FL 33020 | Miami, FL 33131 |
| Telephone: 954/924-0300 | Telephone: 305/377-0700 |
| By: _____ | By: _____ |
| Charles Fox Miller | Hannesson I. Murphy |
| Florida Bar No. 970270 | Florida Bar No. 0128589 |

