UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 03-23243-CIV-JORDAN/Magistrate Judge Brown

KING'S JEWELERS, INC.

    Plaintiff

v.

BRYAN WILLIAMS, a/k/a
BIRDMAN, and CASH
MONEY RECORDS, INC.

    Defendants.
_____/

NIGHT BOX
FILED

JUL 2 8 2004

CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, Kings Jewelers, Inc. and Defendants, Cash Money Records, Inc. and Bryan Williams, a/k/a Birdman, by and through their undersigned attorneys, hereby stipulate and agree that this dispute has been amicably resolved and, accordingly, should be dismissed with prejudice, each party to bear their own attorneys' fees and costs and with the Court retaining jurisdiction to enforce the terms of the parties' Settlement Agreement.

| | |
|---|---|
| MILLER SCHWARTZ & MILLER, P.A. | CLARKE SILVERGLATE WILLIAMS WILLIAMS & MONTGOMERY |
| Attorneys for Kings Jewelers | Attorneys for CMR and Williams |
| 2435 Hollywood Boulevard | 799 Brickell Plaza, Suite 900 |
| Hollywood, Florida 33020 | Miami, Florida 33131 |
| Telephone: (954) 924-0300 | Telephone: (305) 377-0700 |
| Facsimile: (954) 924-0311 | Facsimile: (305) 377-3001 |
| By: _____ | By: _____ |
| Charles Fox Miller | Hannesson I. Murphy |
| Florida Bar No. 970270 | Florida Bar No. 0128589 |
| Dated: 7/27/04 | Dated: 7/27/04 |

491-1/153095

## SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and General Release ("Agreement") is entered into between King's Jewelers, Inc. ("King's Jewelers"), Cash Money Records, Inc. ("CMR") and Bryan Williams ("Williams")(collectively the "Parties"). This Agreement shall at all times include CMR and its related domestic and foreign business entities, corporations, partnerships and subsidiaries, as well as its respective current and former directors, officers, shareholders, partners, employees, assigns and successors in interest, representatives, agents, insurers, and attorneys, both in their representative and individual capacities. All references to CMR expressly include all of the aforementioned individuals and business entities, including any successor corporations or business entities.

### WITNESSETH:

**WHEREAS**, a dispute has arisen between King's Jewelers, CMR and Williams relating to the purchase of jewelry;

**WHEREAS**, on or about October 24, 2003, King's Jewelers filed a lawsuit in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida; Case No. 03-25197 CA 02, against CMR and Williams ("the Lawsuit"), which subsequently was removed to Federal Court;

**WHEREAS**, King's Jewelers, CMR and Williams desire to resolve fully and finally any and all claims and/or disputes arising from or relating to the above-referenced Lawsuit in an amicable manner without the difficulties and expenses involved in protracted and costly litigation;

**WHEREAS**, King's Jewelers, CMR and Williams intend to compromise the disputed claims asserted in the above-referenced Lawsuit and agree that no payments made nor releases or other consideration given shall be construed as an admission of liability or lack thereof by any of the Parties;

**NOW, THEREFORE**, based upon the foregoing promises and the consideration to be provided to King's Jewelers and the other promises set forth below, CMR, Williams and King's Jewelers, intending to be legally bound, agree as follows:

1. **Consideration To Be Provided To King's Jewelers.**

In consideration for the promises made by King's Jewelers set forth in this Agreement, CMR and Williams promise to deliver to King's Jewelers' attorneys cleared funds in the amount of Fifty Seven Thousand Five Hundred and 00/100 Dollars ($57,500.00), made payable to King's Jewelers and Miller Schwartz and Miller, P.A. Trust Account in full and final satisfaction of the allegations contained in the Complaint.

*King's Jewelers v. Cash Money Records and Williams*
**Settlement and Release Agreement**
Page 2 of 7

2.   **Consideration To Be Provided To CMR and Williams**

In consideration for the promises made by CMR and Williams set forth in this Agreement, King's Jewelers promises to deliver to CMR and Williams' attorneys the following jewelry described in paragraph 11 of the Complaint: (a) One (1) customized pendant fabricated in 18kt white gold with large diamonds shaped in an Olde English style "BM" and (b) Nine (9) customized pendants fabricated in 14kt white gold with diamond studding in the insignia "Cash Money Records." Additionally, in consideration for the promises made by CMR and Williams set forth in this Agreement, King's Jewelers promises to dismiss with prejudice the Lawsuit against CMR and Williams by causing its attorneys to execute a Stipulation for Dismissal with Prejudice, with each party to bear their own attorneys' fees and costs.

3.   **Adequate Consideration.**

The Parties expressly stipulate that the consideration set forth in this Agreement constitutes adequate and ample consideration for the rights and claims they are waiving under this Agreement, and for the obligations imposed upon them by virtue of this Agreement. King's Jewelers expressly **agrees and acknowledges** that CMR and Williams have promised to pay the consideration referred to in **paragraph 1 of** this Agreement in exchange for the jewelry, releases, waivers and promises made by King's Jewelers in paragraph 2 of this Agreement.

4.   **General Release Of All Claims.**

King's Jewelers voluntarily and irrevocably releases and forever discharges CMR and Williams from and against any and all claims, complaints, charges, lawsuits, obligations, debts, liabilities, demands, or causes of action of any kind whatsoever (all collectively referred to herein as the "disputes") with respect to any alleged acts occurring before the effective date of this Agreement. The disputes released by King's Jewelers include, but are not limited to, any and all disputes concerning the alleged purchase of jewelry from King's Jewelers by or on behalf of CMR and/or Williams.

The disputes released by King's Jewelers herein include those known or unknown, actual or contingent, in law, in equity, or otherwise, and whether based in tort, contract, statute, or any other basis. This release includes all disputes by which King's Jewelers could seek equitable relief, and actual, compensatory, consequential, punitive, liquidated, special, multiple or other damages, expenses (including attorneys' fees and costs), and all other reimbursements or charges of any kind.

The disputes released by King's Jewelers include any and all disputes it has or may believe to have against CMR and/or Williams arising under any federal, state, local or foreign

*King's Jewelers v. Cash Money Records and Williams*
**Settlement and Release Agreement**
Page 3 of 7

law, statute or regulation, including, without limitation, those relating to the alleged purchase of the jewelry described in the Complaint.

The disputes released by King's Jewelers also include any and all disputes it has or could have against CMR and/or Williams in contract or at common law, including, but not limited to, breach of oral, written and/or implied contract, breach of an implied covenant of good faith and fair dealing, negligence, intentional and negligent infliction of emotional distress, negligent retention and supervision, false imprisonment, assault, battery, negligence, misrepresentation or fraud of any kind, duress, unfair dealing, breach of fiduciary or other duty, invasion of privacy, defamation, and interference with contract and/or prospective economic advantage.

The reference herein to specific statutory, contract and common law claims is in no way intended to limit the disputes released by King's Jewelers. King's Jewelers intends that the disputes released by it herein be construed as broadly as possible to cover any and all disputes it may have or believes to have against CMR and/or Williams. In that regard, King's Jewelers further acknowledges that it may later discover facts in addition to, or different from those which they now know or believe to be true with respect to the subject matter of this Agreement. King's Jewelers agrees that any such difference in the facts shall not affect this Agreement, that it assumes the risk of any such difference in the facts, and that it further agrees that this Agreement shall remain in full force and effect and not be subject to rescission by reason of any such difference in the facts. It is King's Jewelers' intention to fully, finally and forever resolve and release any and all disputes it may have or believe to have against CMR and Williams with respect to any alleged acts occurring before the effective date of this Agreement, whether those disputes presently are known or unknown, suspected or unsuspected.

CMR and Williams voluntarily and irrevocably release and forever discharge King's Jewelers from and against any and all claims, complaints, charges, lawsuits, obligations, debts, liabilities, demands, or causes of action of any kind whatsoever with respect to the transaction described in the Complaint (all collectively referred to herein as the "disputes").

The disputes released by CMR and Williams herein include those known or unknown, actual or contingent, in law, in equity, or otherwise, and whether based in tort, contract, statute, or any other basis. This release includes all disputes by which CMR and Williams could seek equitable relief, and actual, compensatory, consequential, punitive, liquidated, special, multiple or other damages, expenses (including attorneys' fees and costs), and all other reimbursements or charges of any kind.

The disputes released by CMR and Williams include any and all disputes arising under any federal, state, local or foreign law, statute or regulation, including, without limitation, those relating to the alleged purchase of the jewelry described in the Complaint.

*King's Jewelers v. Cash Money Records and Williams*
**Settlement and Release Agreement**
Page 4 of 7

The disputes released by CMR and Williams also include any and all disputes it has or could have against King's Jewelers with respect to the transaction described in the Complaint in contract or at common law, including, but not limited to, breach of oral, written and/or implied contract, breach of an implied covenant of good faith and fair dealing, negligence, intentional and negligent infliction of emotional distress, negligent retention and supervision, false imprisonment, assault, battery, negligence, misrepresentation or fraud of any kind, duress, unfair dealing, breach of fiduciary or other duty, invasion of privacy, defamation, and interference with contract and/or prospective economic advantage.

The reference herein to specific statutory, contract and common law claims is in no way intended to limit the disputes released by CMR and Williams with respect to the transaction described in the Complaint. CMR and Williams intend that the disputes released by them herein be construed as broadly as possible to cover any and all disputes it may have or believes to have against King's Jewelers with respect to the transaction described in the Complaint. In that regard, CMR and Williams further acknowledge that they may later discover facts in addition to, or different from those which they now know or believe to be true with respect to the transaction described in the Complaint. CMR and Williams agree that any such difference in the facts shall not affect this Agreement, that they assume the risk of any such difference in the facts, and that they further agree that this Agreement shall remain in full force and effect and not be subject to rescission by reason of any such difference in the facts. It is CMR and Williams's intention to fully, finally and forever resolve and release any and all disputes it may have or believe to have against King's Jewelers with respect to the transaction described in the Complaint, whether those disputes presently are known or unknown, suspected or unsuspected.

The Parties do not release any claims arising from or related to the rights, duties and obligations of this Agreement. The Court shall retain jurisdiction to enforce the terms of this Agreement.

5.  **Confidentiality Of This Agreement and Its Terms.**

The Parties agree that the facts, contents, and terms of this Agreement shall be completely confidential and will not be disclosed to any third party except: (a) as required by law; (b) as required to obtain legal and/or tax preparation advice. The Parties further agree that if at any time after the execution of this Agreement it is established that one of the Parties has violated the terms of this confidentiality provision, the affected Party and/or Parties shall have the right to seek appropriate relief, including, but not limited to, a permanent injunction restraining further violations. The Parties further agree that damages for any breach of this confidentiality promise will be difficult to calculate and that in the event of such a breach, the affected Party and/or Parties shall be entitled to bring legal action in a court of competent

*King's Jewelers v. Cash Money Records and Williams*
**Settlement and Release Agreement**
Page 5 of 7

jurisdiction for each such breach. Upon the entry of any judgment finding such a breach, the Party and/or Parties bringing the action also shall be entitled to recover Five Thousand and 00/100 Dollars ($5,000.00) as liquidated damages for each such breach.

The Parties further agree that neither they, nor their present or future representatives, attorneys or agents shall issue any publicity release or otherwise publicize, communicate, divulge, disclose or give out, either directly or in response to an inquiry, to any person in any manner: (i) the existence or the terms of this Agreement or (ii) the settlement amount; (iii) or any other matters relating to this dispute. Notwithstanding the foregoing, the Parties may disclose that the Lawsuit was "amicably resolved."

6. **No Admission Of Liability Or Wrongdoing.**

King's Jewelers agrees that nothing contained in this Agreement or otherwise shall constitute or be construed as an admission of any alleged liability or wrongdoing by CMR or Williams. CMR and Williams expressly deny that they engaged in any wrongdoing of any kind with respect to King's Jewelers.

7. **Advice Of Counsel.**

All parties acknowledge that they have had an opportunity to receive advice about the terms and legal effects of this Agreement from counsel of their choosing. King's Jewelers hereby represents that it has consulted with its attorneys about this Agreement before signing it.

8. **Severability.**

Should any part of this Agreement be declared by a court of competent jurisdiction to be illegal or invalid, the remainder of this Agreement shall remain valid and in effect, with the invalid provision deemed to conform to a valid provision most closely approximating the intent of the invalid provision, or, if such conformity is not possible, then the invalid provision shall be deemed not to be a part of this Agreement.

9. **Governing Law and Interpretation.**

This Agreement shall be governed by and construed in accordance with the laws of the State of Florida. Its language shall be construed as a whole, according to its fair meaning, and not for or against either party, regardless as to which party may have drafted the language in question.

10. **Disputes; Damages.**

*King's Jewelers v. Cash Money Records and Williams*
**Settlement and Release Agreement**
Page 6 of 7

In the event of a dispute as to the interpretation, application or violation of this Agreement, it is understood and agreed that such dispute shall be resolved before a court of competent jurisdiction in the Circuit Court of the 11th Judicial Circuit, In and For Miami-Dade County, Florida. The parties agree that any such disputes shall be resolved by a judge, not by a jury. Except as otherwise set forth in this Agreement, neither party shall be entitled to an award of compensatory, exemplary, or punitive damages in any dispute that might arise under this Agreement.

11.  **Entire Agreement.**

All parties represent and agree that they are not relying on any representations, promises, statements or agreements not contained in this Agreement.

All parties represent and agree that this is an all-inclusive Agreement and that no other written, **oral and/or implied representations**, promises or agreements exist between them regarding **the subject matter set forth in this** Agreement. All parties represent and agree that this Agreement **is a single, integrated contract** expressing the entire agreement of the parties regarding the subject matter of this **Agreement.** This Agreement cannot be modified, amended, terminated or otherwise changed unless it is done so pursuant to a written document signed by King's Jewelers, Williams and an authorized corporate officer of CMR.

**EACH PARTY HAS HAD A FULL AND COMPLETE OPPORTUNITY TO REVIEW THIS AGREEMENT. EACH PARTY HAS CAREFULLY REVIEWED THIS AGREEMENT, UNDERSTANDS ALL OF ITS PROVISIONS AND FREELY AND VOLUNTARILY ENTERS INTO THIS AGREEMENT. THIS IS A LEGAL DOCUMENT – READ CAREFULLY BEFORE SIGNING.**

*[signatures contained on next page]*

*King's Jewelers v. Cash Money Records and Williams*
**Settlement and Release Agreement**
Page 7 of 7

KING'S JEWELERS

Print Name David King on behalf of Scott King

Dated this 27 day of July, 2004.

Sworn to and subscribed before me
this 27 day of July, 2004.

Notary Public

My Commission Expires:

NICOLINA L. CARRANO
COMMISSION # DD 297211
EXPIRES May 9, 2008
Bonded Thru Notary Public Underwriters

CASH MONEY RECORDS

Print Name Bryan Williams

Dated this 23RD day of July, 2004.

Sworn to and subscribed before me
this 23RD day of July, 2004.

April B Rivers
Notary Public

My Commission Expires:


April B Rivers
My Commission CC998097
Expires January 23, 2005

BRYAN WILLIAMS

Dated this 23RD day of July, 2004.

Sworn to and subscribed before me
this 23RD day of July, 2004.
April B Rivers
Notary Public

My Commission Expires:

491.1-151084


April B Rivers
My Commission CC998097
Expires January 23, 2005



# KING
## JEWELERS
1074 Kane Concourse, Bay Harbor, Florida 33154
305-865-2700 / Fax: 305-865-4252
www.kings1912.com

TO: Charles Fox Miller Attorney At Law

Reference Bryan Williams

July 13, 2004

1 pendant,

-1- BM pendant 18kt white gold 146 full cut diamond total weight approx 16.87cts and

a 14kt white gold and diamond CASH MONEY RECORD pendants Diamond studded containing approx 243 full cut diamonds total weight @ 4.75cts each

Sincerely,

Scott F. King
President

GRADUATE GEMOLOGIST, G.I.A

American Society of Appraisers

European Office:
78 Pelikaanstraat, Antwerp, Belgium